**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 10-37307-CAD
§
STEVE F BOUCHER §
§
§
Debtor §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/20/2010. The undersigned trustee was appointed on 08/20/2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $25,999.60

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $7,801.14 |
    | Bank service fees | $625.33 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $17,573.13 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/04/2013 and the deadline for filing government claims was 06/04/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,349.96. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,349.96, for a total compensation of $3,349.96[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $301.24, for total expenses of $301.24.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/25/2016        By:    /s/ David P. Leibowitz
                               Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 10-37307-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BOUCHER, STEVE F | Date Filed (f) or Converted (c): | 08/20/2010 (f) |
| For the Period Ending: | 3/25/2016 | §341(a) Meeting Date: | 10/20/2010 |
| | | Claims Bar Date: | 06/04/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Sportswear, suits and shoes | $1,500.00 | $0.00 | | $0.00 | FA |
| 2  Wristwatch | $150.00 | $0.00 | | $0.00 | FA |
| 3  Two dogs | $800.00 | $0.00 | | $0.00 | FA |
| 4  Estate of Mildred Boucher  (u) | $0.00 | $10,000.00 | | $10,000.00 | FA |
| **Asset Notes:** inheritance from probate estate of Debtor's mother | | | | | |
| 5  Liquidation of BMW held by third party as nominee for Debtor  (u) | $0.00 | $14,000.00 | | $14,000.00 | FA |
| 6  Cash  (u) | $150.00 | $0.00 | | $0.00 | FA |
| 7  Bracelet  (u) | $50.00 | $0.00 | | $0.00 | FA |
| 8  Asset (second wristwatch) entered in error.  (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** Asset (second wristwatch) entered in error. | | | | | |
| 9  Social Security Debit Card  (u) | $685.00 | $0.00 | | $0.00 | FA |
| 10  Nicor Gas (deposit)  (u) | $200.00 | $0.00 | | $0.00 | FA |
| 11  Bedroom set (king bed, dresser nightstand), 2 46" flat screen televisions, 2 leather chairs, 1 leather couch, 1 kitchen table with 4 leather chairs  (u) | $2,500.00 | $0.00 | | $0.00 | FA |
| 12  Burial -- AAA Insurance, no cash surrender value  (u) | $0.00 | $0.00 | | $0.00 | FA |
| 13  Life Burial -- AARP Insurance - No cash surrender value  (u) | $0.00 | $0.00 | | $0.00 | FA |
| 14  settlement with Debtor's probate estate  (u) | $0.00 | $4,000.00 | | $1,999.60 | FA |
| **Asset Notes:** Docket 50: Settlement with administrator of Debtor's probate estate concerning ownership of personal property located at Debtor's residence upon his death several years postpetition; allocated 60% to probate administrator and 40% to bankruptcy estate. | | | | | |
| 15  Litigation commenced on Sept. 19, 2012 by Debtor against Michele Kmiec and Debtor's other siblings in Cook County Cir Ct as 12 CH 35461  (u) | Unknown | $0.00 | | $0.00 | FA |
| 16  Claim filed Dec. 28, 2012 by Debtor as creditor of probate estate of Mildred Boucher in 12 P 1258  (u) | Unknown | $0.00 | | $0.00 | FA |
| 17  Commonwealth Edison deposit  (u) | $250.00 | $0.00 | | $0.00 | FA |
| 17  void  (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** asset 17 replicated in error, accordingly voided | | | | | |
| 17  void  (u) | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** asset 17 replicated in error, accordingly voided | | | | | |

**TOTALS (Excluding unknown value)**            **Gross Value of Remaining Assets**

$6,285.00    $28,000.00    $25,999.60    $0.00

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** | 10-37307-CAD | |
| **Case Name:** | BOUCHER, STEVE F | |
| **For the Period Ending:** | 3/25/2016 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Date Filed (f) or Converted (c):** | 08/20/2010 (f) |
| **§341(a) Meeting Date:** | 10/20/2010 |
| **Claims Bar Date:** | 06/04/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/24/2016 | claims reviewed TFR in progress and should be submitted within days |
| 06/30/2015 | Pending final fee application from special counsel then TFR. Also objection to claims pending. |
| 10/08/2014 | Investigating possible value of debtor's online e-recording business and distribution of debtor's mother probate estate. |
| 06/30/2014 | Liquidation of property continues. |

**Initial Projected Date Of Final Report (TFR):** 10/01/2015

**Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 10-37307-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BOUCHER, STEVE F | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0174 | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/20/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/25/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/26/2014 | (5) | Farrell Loebbaka | Liquidation of BMW | 1241-000 | $14,000.00 | | $14,000.00 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.91 | $13,997.09 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $22.58 | $13,974.51 |
| 08/28/2014 | 3001 | Advanced Discovery LLC Finance Office | Payments for services for imaging hard drives | 2990-000 | | $1,100.00 | $12,874.51 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $23.27 | $12,851.24 |
| 09/26/2014 | (14) | Estate of Steven Farrell Boucher | 40% of personal property proceeds collected by administrator of Debtor's probate estate per Court Order 5/28/14 | 1249-000 | $1,999.60 | | $14,850.84 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.06 | $14,830.78 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $25.47 | $14,805.31 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.57 | $14,783.74 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $23.85 | $14,759.89 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $24.58 | $14,735.31 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $21.47 | $14,713.84 |
| 03/05/2015 | (4) | Chicago Title and Trust Company | Inheritance from Estate of Mildred Boucher (Debtor's Mother) | 1249-000 | $10,000.00 | | $24,713.84 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $36.51 | $24,677.33 |
| 03/31/2015 | 3002 | Adams Levin | Bond Payment | 2300-000 | | $14.76 | $24,662.57 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $38.53 | $24,624.04 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $39.73 | $24,584.31 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $38.39 | $24,545.92 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $42.16 | $24,503.76 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $36.99 | $24,466.77 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $38.20 | $24,428.57 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $40.69 | $24,387.88 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $36.81 | $24,351.07 |
| 12/21/2015 | 3003 | Fox, Swibel, Levin & Carroll, LLP | Order allowing First Interim Application for allowance of fees for the period of 3/5/13 through 7/28/15. See Docket No. 71 | 3210-600 | | $6,403.00 | $17,948.07 |
| 12/21/2015 | 3004 | Fox, Swibel, Levin & Carroll, LLP | First Interim Application for allowance4 and reimbursement of expenses for the period of 3/5/13 through 7/28/15. See Docket No. 71 | 3220-610 | | $283.38 | $17,664.69 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $36.56 | $17,628.13 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $28.44 | $17,599.69 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $26.56 | $17,573.13 |

**SUBTOTALS** $25,999.60   $8,426.47

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-37307-CAD | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | BOUCHER, STEVE F | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0174 | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/20/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/25/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | TOTALS: | | $25,999.60 | $8,426.47 | $17,573.13 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $25,999.60 | $8,426.47 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $25,999.60 | $8,426.47 | |

| For the period of 8/20/2010 to 3/25/2016 | | For the entire history of the account between 06/26/2014 to 3/25/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $25,999.60 | Total Compensable Receipts: | $25,999.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,999.60 | Total Comp/Non Comp Receipts: | $25,999.60 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,426.47 | Total Compensable Disbursements: | $8,426.47 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,426.47 | Total Comp/Non Comp Disbursements: | $8,426.47 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-37307-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BOUCHER, STEVE F | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0174 | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/20/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/25/2016 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $25,999.60 | $8,426.47 | $17,573.13 |

| For the period of 8/20/2010 to 3/25/2016 | | For the entire history of the case between 08/20/2010 to 3/25/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $25,999.60 | Total Compensable Receipts: | $25,999.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,999.60 | Total Comp/Non Comp Receipts: | $25,999.60 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,426.47 | Total Compensable Disbursements: | $8,426.47 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,426.47 | Total Comp/Non Comp Disbursements: | $8,426.47 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 10-37307-CAD | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | BOUCHER, STEVE F | | | | | | | | Date: 3/25/2016 |
| Claims Bar Date: | 06/04/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  420 West Clayton St Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $301.24 | $0.00 | $0.00 | $0.00 | $301.24 |
| | FOX, SWIBEL, LEVIN & CARROLL, LLP  200 West Madison Street, Suite 3000 Chicago IL 60606 | Special Counsel for Trustee Fees | Allowed | 3210-600 | $6,403.00 | $6,403.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | First Interim Application of Fox, Swibel, Levin & Carroll, LLP for Allowance of Payment of Fees, and Reimbursement of Expenses for period March 5, 2013 through July 28, 2015. | | | | | | | | |
| | FOX, SWIBEL, LEVIN & CARROLL, LLP  200 West Madison Street, Suite 3000 Chicago IL 60606 | Special Counsel for Trustee Expenses | Allowed | 3220-610 | $283.38 | $283.38 | $0.00 | $0.00 | $0.00 |
| | LAKELAW  420 W. Clayton Street Waukegan IL 60085 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $210.70 | $0.00 | $0.00 | $0.00 | $210.70 |
| | DAVID P. LEIBOWITZ | Trustee Compensation | Allowed | 2100-000 | $3,349.96 | $0.00 | $0.00 | $0.00 | $3,349.96 |
| **Claim Notes:** | Trustee compensation based on gross receipts of $25,999.60 | | | | | | | | |
| | LAKELAW  420 W. Clayton Street Waukegan IL 60085 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $7,000.00 | $0.00 | $0.00 | $0.00 | $7,000.00 |
| **Claim Notes:** | Amount of fees reduced from $12,750.00 in exercise of billing judgment. | | | | | | | | |
| 1 | DAVID STEELE  c/o Scott Morgan 217 N. Jefferson 6th Floor Chicago IL 60661 | Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens) | Allowed | 4220-000 | $4,700.49 | $0.00 | $0.00 | $0.00 | $4,700.49 |
| **Claim Notes:** | Citation lien | | | | | | | | |

| Case No. | 10-37307-CAD | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | BOUCHER, STEVE F | | | | | | | | Date: | 3/25/2016 |
| Claims Bar Date: | 06/04/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | TRESSLER SONDERSTROM<br><br>233 South Wacker Drive, 22 floor<br>Chicago IL 60606 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $154,406.49 | $0.00 | $0.00 | $0.00 | $154,406.49 |
| **Claim Notes:** | Legal Services | | | | | | | | |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of B-Line, LLC<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $254.24 | $0.00 | $0.00 | $0.00 | $254.24 |
| 4 | BEST BUY CARPET, INC.<br><br>c/o Kokoszka & Janczur, P.C.<br>122 S. Michigan<br>Suite 1070<br>Chicago IL 60603-6270 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $313,159.96 | $0.00 | $0.00 | $0.00 | $313,159.96 |
| | | | | | **$490,069.46** | **$6,686.38** | **$0.00** | **$0.00** | **$483,383.08** |

**CLAIMS ANALYSIS REPORT**  Page No: 3
Exhibit C

| | | |
|---|---|---|
| **Case No.** | 10-37307-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** | BOUCHER, STEVE F | **Date:** 3/25/2016 |
| **Claims Bar Date:** | 06/04/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $210.70 | $210.70 | $0.00 | $0.00 | $0.00 | $210.70 |
| Attorney for Trustee Fees (Trustee Firm) | $7,000.00 | $7,000.00 | $0.00 | $0.00 | $0.00 | $7,000.00 |
| General Unsecured § 726(a)(2) | $467,566.45 | $467,566.45 | $0.00 | $0.00 | $0.00 | $467,566.45 |
| Payments to Unsecured Credit Card Holders | $254.24 | $254.24 | $0.00 | $0.00 | $0.00 | $254.24 |
| Pers. Prop. & Intangibles--Nonconsensual Liens (judgements, storage liens) | $4,700.49 | $4,700.49 | $0.00 | $0.00 | $0.00 | $4,700.49 |
| Special Counsel for Trustee Expenses | $283.38 | $283.38 | $283.38 | $0.00 | $0.00 | $0.00 |
| Special Counsel for Trustee Fees | $6,403.00 | $6,403.00 | $6,403.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $3,349.96 | $3,349.96 | $0.00 | $0.00 | $0.00 | $3,349.96 |
| Trustee Expenses | $301.24 | $301.24 | $0.00 | $0.00 | $0.00 | $301.24 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      10-37307-CAD
Case Name:     STEVE F BOUCHER
Trustee Name:  David P. Leibowitz

Balance on hand:       $17,573.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | David Steele | $4,700.49 | $4,700.49 | $0.00 | $4,700.49 |

Total to be paid to secured creditors:   $4,700.49
Remaining balance:   $12,872.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee Fees | $3,349.96 | $0.00 | $3,349.96 |
| David P. Leibowitz, Trustee Expenses | $301.24 | $0.00 | $301.24 |
| Lakelaw, Attorney for Trustee Fees | $7,000.00 | $0.00 | $7,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $210.70 | $0.00 | $210.70 |
| Other: Fox, Swibel, Levin & Carroll, LLP, Special Counsel for Trustee Fees | $6,403.00 | $6,403.00 | $0.00 |
| Other: Fox, Swibel, Levin & Carroll, LLP, Special Counsel for Trustee Expenses | $283.38 | $283.38 | $0.00 |

Total to be paid for chapter 7 administrative expenses:   $10,861.90
Remaining balance:   $2,010.74

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $2,010.74

**UST Form 101-7-TFR (5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,010.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $467,820.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 2 | Tressler Sonderstrom | $154,406.49 | $0.00 | $663.66 |
| 3 | PYOD, LLC its successors and assigns as assignee | $254.24 | $0.00 | $1.09 |
| 4 | Best Buy Carpet, Inc. | $313,159.96 | $0.00 | $1,345.99 |

|  | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $2,010.74 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**