**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-37307-CAD |
| | § | |
| STEVE F BOUCHER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 04/28/2016, in Courtroom 742, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/31/2016                By:  /s/ David P. Leibowitz
                                             Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-37307-CAD |
| | § | |
| STEVE F BOUCHER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $25,999.60
*and approved disbursements of*  $8,426.47
*leaving a balance on hand of*[1]:  $17,573.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | David Steele | $4,700.49 | $4,700.49 | $0.00 | $4,700.49 |

Total to be paid to secured creditors:  $4,700.49
Remaining balance:  $12,872.64

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee Fees | $3,349.96 | $0.00 | $3,349.96 |
| David P. Leibowitz, Trustee Expenses | $301.24 | $0.00 | $301.24 |
| Lakelaw, Attorney for Trustee Fees | $7,000.00 | $0.00 | $7,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $210.70 | $0.00 | $210.70 |
| Other: Fox, Swibel, Levin & Carroll, LLP, Special Counsel for Trustee Fees | $6,403.00 | $6,403.00 | $0.00 |
| Other: Fox, Swibel, Levin & Carroll, LLP, Special Counsel for Trustee Expenses | $283.38 | $283.38 | $0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|   |   |
|---|--:|
| Total to be paid for chapter 7 administrative expenses: | $10,861.90 |
| Remaining balance: | $2,010.74 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|   |   |
|---|--:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $2,010.74 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|   |   |
|---|--:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $2,010.74 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $467,820.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|--:|--:|--:|
| 2 | Tressler Sonderstrom | $154,406.49 | $0.00 | $663.66 |
| 3 | PYOD, LLC its successors and assigns as assignee | $254.24 | $0.00 | $1.09 |
| 4 | Best Buy Carpet, Inc. | $313,159.96 | $0.00 | $1,345.99 |

|   |   |
|---|--:|
| Total to be paid to timely general unsecured claims: | $2,010.74 |
| Remaining balance: | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
53 West Jackson Boulevard, Suite 1610
Chicago, IL, 60604

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-37307-CAD
Steve F Boucher                                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: kkrystave            Page 1 of 2            Date Rcvd: Mar 31, 2016
                                Form ID: pdf006            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2016.
```
db          +Steve F Boucher,   6225 N Milwaukee Ave,   Chicago, IL 60646-3730
aty         +Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
20591753    +BWS Construction,   c/o Thomas Rosenburg,   1051 W. Belmont Ave,   Chicago, IL 60657-3327
20591752    +Bernard Niedzieslki,   944 N. Montrose Ave,   Chicago, IL 60613-1463
20566120    +Best Buy Carpet, Inc.,   c/o Kokoszka & Janczur, P.C.,   318 West Adams, Suite 1100,
              Chicago, Illinois 60606-2172
20591754    +Contractors Adjustment,   c/o Deutsch Levy & Engel,   225 W. Washington #1700,
              Chicago, IL 60606-3404
20591755    +Cook County State's Attorney's Office,   c/o Joseph Hudson,   69 W. Washington, Suite 3200,
              Chicago, IL 60602-3174
20591756    +Cynthia Yeager,   452 N. Austin Blvd. Apt 1W-N,   Oak Park, IL 60302-4701
24345779    +David Steele,   c/o Scott Morgan,   217 N. Jefferson 6th Floor,   Chicago, IL 60661-1103
16021990    +David Steele,   c/o Scott Morgan,   55 W Wacker Dr 9th Floor,   Chicago, IL 60601-1794
20591757    +Henry Centracchio,   c/o Gordon Centracchio LLC,   211 W. Wacker Drive #500,
              Cicago, IL 60606-1388
20591759     Jackie Anederson,   1475 Abourndale Ct.,   Grayslake, IL 60030
20591758    +Jose Dutra,   c/o Robert Destefano,   6547 W. Cermak Ll1,   Berwyn, IL 60402-5093
16021991    +Joseph Dicosola,   c/o David Jenkins,   635 Butterfield #145,   Villa Park, IL 60181-4026
20591760    +Joseph Marsiglia,   c/o Ansani & Ansani,   1411 W Peterson Ave,   Park Ridge, IL 60068-5071
20591761     Office of the Attorney General,   Christine Nielson,   100 West Randolph Street,
              Chicago, IL 60601-3218
20591762    +Parkway Bank and Trust,   c/o Ansani & Ansani,   1411 W Peterson Ave,
              Park Ridge, IL 60068-5071
20591763    +Rohar Enterprises Inc.,   c/o Rohlfing & Oberholtzer,   211 W. Wacker Dr. #1200,
              Chicago, IL 60606-1379
16854394    +Tressler Sonderstrom,   233 South Wacker Drive, 22 floor,   Chicago, Illinois 60606-6399
20591764    +Trust 4218,   c/o Ansani & Ansani,   1411 W Peterson Ave,   Park Ridge, IL 60068-5071
16021992    +Weiser & Associates,   c/o Douglas Giese Defrees & Fiske,   200 S. Michigan Ave. #1100,
              Chicago, IL 60604-2461
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20412996    +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 01 2016 01:45:41
              PYOD, LLC its successors and assigns as assignee,   of B-Line, LLC,
              Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
                                                                                             TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr           R Scott Alsterda Trustee
16021988*   +Contractor's Lien Services, Inc.,   6225 N. Milwaukee,   Chicago, IL 60646-3730
16021989*   +Contractor's Lien Services, Inc.,   6225 N. Milwaukee,   Chicago, IL 60646-3730
16021987   ##+Contractor's Lien Services, Inc.,   6225 N. Milwaukee,   Chicago, IL 60646-3730
20591768   ##+Michael Newman & Associates,   5225 Old Orchard Road,   Suite 5,   Skokie, IL 60077-1027
                                                                                   TOTALS: 1, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2016                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2016 at the address(es) listed below:
```
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
              il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
              il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.net
```

```
District/off: 0752-1          User: kkrystave              Page 2 of 2                   Date Rcvd: Mar 31, 2016
                              Form ID: pdf006              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Frank J Kokoszka     on behalf of Plaintiff    Best Buy Carpet fkokoszka@k-jlaw.com, admin@k-jlaw.com
        Frank J Kokoszka     on behalf of Creditor    Best Buy Carpet fkokoszka@k-jlaw.com, admin@k-jlaw.com
        Frank J Kokoszka     on behalf of Counter-Defendant    Best Buy Carpet fkokoszka@k-jlaw.com, admin@k-jlaw.com
        Mark  Liston    on behalf of Plaintiff    Best Buy Carpet crane17@gmail.com
        N. Neville Reid    on behalf of Trustee David P Leibowitz, ESQ nreid@fslc.com, bkdocket@fslc.com, kmcfarland@fslc.com
        Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov
        Perry  Perelman    on behalf of Debtor 1 Steve F Boucher perryperelman@gmail.com
        Rebecca D. Rosenthal     on behalf of Debtor 1 Steve F Boucher rosenthalr@gtlaw.com
        Scott A Morgan    on behalf of Creditor David  Steele smorgan@smorgan-law.com
                                                                                                            TOTAL: 11