**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-37307-CAD |
| | § | |
| STEVE F BOUCHER | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $450.00 | Assets Exempt: | $5,835.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $6,711.23 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $19,288.37 | | |

3)    Total gross receipts of $25,999.60 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $25,999.60 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $4,700.49 | $4,700.49 | $4,700.49 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $19,288.37 | $19,288.37 | $19,288.37 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $467,820.69 | $467,820.69 | $2,010.74 |
| **Total Disbursements** | $0.00 | $491,809.55 | $491,809.55 | $25,999.60 |

4). This case was originally filed under chapter 7 on 08/20/2010. The case was pending for 0 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/26/2016                          By:   /s/ David P. Leibowitz
                                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Liquidation of BMW held by third party as nominee for Debtor | 1241-000 | $14,000.00 |
| Estate of Mildred Boucher | 1249-000 | $10,000.00 |
| settlement with Debtor's probate estate | 1249-000 | $1,999.60 |
| **TOTAL GROSS RECEIPTS** | | **$25,999.60** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | David Steele | 4220-000 | $0.00 | $4,700.49 | $4,700.49 | $4,700.49 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$4,700.49** | **$4,700.49** | **$4,700.49** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID P. LEIBOWITZ, Trustee | 2100-000 | NA | $3,349.96 | $3,349.96 | $3,349.96 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $301.24 | $301.24 | $301.24 |
| Adams Levin | 2300-000 | NA | $14.76 | $14.76 | $14.76 |
| Green Bank | 2600-000 | NA | $625.33 | $625.33 | $625.33 |
| Advanced Discovery LLC Finance Office | 2990-000 | NA | $1,100.00 | $1,100.00 | $1,100.00 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $7,000.00 | $7,000.00 | $7,000.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $210.70 | $210.70 | $210.70 |
| Fox, Swibel, Levin & Carroll, LLP, Special Counsel for Trustee | 3210-600 | NA | $6,403.00 | $6,403.00 | $6,403.00 |
| Fox, Swibel, Levin & Carroll, LLP, Special Counsel for Trustee | 3220-610 | NA | $283.38 | $283.38 | $283.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$19,288.37** | **$19,288.37** | **$19,288.37** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Tressler Sonderstrom | 7100-000 | $0.00 | $154,406.49 | $154,406.49 | $663.66 |
| 3 | PYOD, LLC its successors and assigns as assignee | 7100-900 | $0.00 | $254.24 | $254.24 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 3; PYOD, LLC its successors and assigns as assignee) | 7100-901 | $0.00 | $0.00 | $0.00 | $1.09 |
| 4 | Best Buy Carpet, Inc. | 7100-000 | $0.00 | $313,159.96 | $313,159.96 | $1,345.99 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $467,820.69 | $467,820.69 | $2,010.74 |

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 10-37307-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BOUCHER, STEVE F | Date Filed (f) or Converted (c): | 08/20/2010 (f) |
| For the Period Ending: | 6/26/2016 | §341(a) Meeting Date: | 10/20/2010 |
| | | Claims Bar Date: | 06/04/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Sportswear, suits and shoes | $1,500.00 | $0.00 | | $0.00 | FA |
| 2 | Wristwatch | $150.00 | $0.00 | | $0.00 | FA |
| 3 | Two dogs | $800.00 | $0.00 | | $0.00 | FA |
| 4 | Estate of Mildred Boucher **(u)** | $0.00 | $10,000.00 | | $10,000.00 | FA |
| **Asset Notes:** | inheritance from probate estate of Debtor's mother | | | | | |
| 5 | Liquidation of BMW held by third party as nominee for Debtor **(u)** | $0.00 | $14,000.00 | | $14,000.00 | FA |
| 6 | Cash **(u)** | $150.00 | $0.00 | | $0.00 | FA |
| 7 | Bracelet **(u)** | $50.00 | $0.00 | | $0.00 | FA |
| 8 | Asset (second wristwatch) entered in error. **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Asset (second wristwatch) entered in error. | | | | | |
| 9 | Social Security Debit Card **(u)** | $685.00 | $0.00 | | $0.00 | FA |
| 10 | Nicor Gas (deposit) **(u)** | $200.00 | $0.00 | | $0.00 | FA |
| 11 | Bedroom set (king bed, dresser nightstand), 2 46" flat screen televisions, 2 leather chairs, 1 leather couch, 1 kitchen table with 4 leather chairs **(u)** | $2,500.00 | $0.00 | | $0.00 | FA |
| 12 | Burial -- AAA Insurance, no cash surrender value **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Life Burial -- AARP Insurance - No cash surrender value **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| 14 | settlement with Debtor's probate estate **(u)** | $0.00 | $4,000.00 | | $1,999.60 | FA |
| **Asset Notes:** | Docket 50:  Settlement with administrator of Debtor's probate estate concerning ownership of personal property located at Debtor's residence upon his death several years postpetition; allocated 60% to probate administrator and 40% to bankruptcy estate. | | | | | |
| 15 | Litigation commenced on Sept. 19, 2012 by Debtor against Michele Kmiec and Debtor's other siblings in Cook County Cir Ct as 12 CH 35461 **(u)** | Unknown | $0.00 | | $0.00 | FA |
| 16 | Claim filed Dec. 28, 2012 by Debtor as creditor of probate estate of Mildred Boucher in 12 P 1258 **(u)** | Unknown | $0.00 | | $0.00 | FA |
| 17 | Commonwealth Edison deposit **(u)** | $250.00 | $0.00 | | $0.00 | FA |
| 17 | void **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | asset 17 replicated in error, accordingly voided | | | | | |
| 17 | void **(u)** | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | asset 17 replicated in error, accordingly voided | | | | | |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$6,285.00     $28,000.00     $25,999.60     $0.00

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page No: 2

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| **Case No.:** | 10-37307-CAD | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | BOUCHER, STEVE F | | **Date Filed (f) or Converted (c):** | | 08/20/2010 (f) |
| **For the Period Ending:** | 6/26/2016 | | **§341(a) Meeting Date:** | | 10/20/2010 |
| | | | **Claims Bar Date:** | | 06/04/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

| | |
|---|---|
| 03/24/2016 | claims reviewed TFR in progress and should be submitted within days |
| 06/30/2015 | Pending final fee application from special counsel then TFR. Also objection to claims pending. |
| 10/08/2014 | Investigating possible value of debtor's online e-recording business and distribution of debtor's mother probate estate. |
| 06/30/2014 | Liquidation of property continues. |

**Initial Projected Date Of Final Report (TFR):**     10/01/2015

**Current Projected Date Of Final Report (TFR):**

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

Case 10-37307   Doc 81   Filed 06/29/16   Entered 06/29/16 13:32:36   Desc Main
Document   Page 7 of 9

FORM 2
Page No: 1
Exhibit 9
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-37307-CAD | | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- | --- |
| Case Name: | BOUCHER, STEVE F | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0174 | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/20/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2016 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/26/2014 | (5) | Farrell Loebbaka | Liquidation of BMW | 1241-000 | $14,000.00 | | $14,000.00 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $2.91 | $13,997.09 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $22.58 | $13,974.51 |
| 08/28/2014 | 3001 | Advanced Discovery LLC Finance Office | Payments for services for imaging hard drives | 2990-000 | | $1,100.00 | $12,874.51 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $23.27 | $12,851.24 |
| 09/26/2014 | (14) | Estate of Steven Farrell Boucher | 40% of personal property proceeds collected by administrator of Debtor's probate estate per Court Order 5/28/14 | 1249-000 | $1,999.60 | | $14,850.84 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.06 | $14,830.78 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $25.47 | $14,805.31 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $21.57 | $14,783.74 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $23.85 | $14,759.89 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $24.58 | $14,735.31 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $21.47 | $14,713.84 |
| 03/05/2015 | (4) | Chicago Title and Trust Company | Inheritance from Estate of Mildred Boucher (Debtor's Mother) | 1249-000 | $10,000.00 | | $24,713.84 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $36.51 | $24,677.33 |
| 03/31/2015 | 3002 | Adams Levin | Bond Payment | 2300-000 | | $14.76 | $24,662.57 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $38.53 | $24,624.04 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $39.73 | $24,584.31 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $38.39 | $24,545.92 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $42.16 | $24,503.76 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $36.99 | $24,466.77 |
| 09/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $38.20 | $24,428.57 |
| 10/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $40.69 | $24,387.88 |
| 11/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $36.81 | $24,351.07 |
| 12/21/2015 | 3003 | Fox, Swibel, Levin & Carroll, LLP | Order allowing First Interim Application for allowance of fees for the period of 3/5/13 through 7/28/15. See Docket No. 71 | 3210-600 | | $6,403.00 | $17,948.07 |
| 12/21/2015 | 3004 | Fox, Swibel, Levin & Carroll, LLP | First Interim Application for allowance4 and reimbursement of expenses for the period of 3/5/13 through 7/28/15. See Docket No. 71 | 3220-610 | | $283.38 | $17,664.69 |
| 12/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $36.56 | $17,628.13 |
| 01/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $28.44 | $17,599.69 |
| 02/29/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $26.56 | $17,573.13 |
| 04/29/2016 | 3005 | Lakelaw | Amount Claimed: 210.70;  Distribution Dividend: 100.00; Claim #: ; Dividend: 1.19; Amount Allowed: 210.70; Notes: ; | 3120-000 | | $210.70 | $17,362.43 |
| | | | **SUBTOTALS** | | $25,999.60 | $8,637.17 | |

Case 10-37307  Doc 81  Filed 06/29/16  Entered 06/29/16 13:32:36  Desc Main
Document      Page 8 of 9

Page No: 2
Exhibit 9

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-37307-CAD | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | BOUCHER, STEVE F | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***0174 | | | Checking Acct #: | ******0701 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 8/20/2010 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/26/2016 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/29/2016 | 3006 | Lakelaw | Amount Claimed: 7,000.00; Distribution Dividend: 100.00; Claim #: ; Dividend: 39.83; Amount Allowed: 7,000.00; Notes: Amount of fees reduced from $12,750.00 in exercise of billing judgment.; | 3110-000 | | $7,000.00 | $10,362.43 |
| 04/29/2016 | 3007 | DAVID P. LEIBOWITZ | Trustee Compensation | 2100-000 | | $3,349.96 | $7,012.47 |
| 04/29/2016 | 3008 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $301.24 | $6,711.23 |
| 04/29/2016 | 3009 | David Steele | Amount Claimed: 4,700.49; Distribution Dividend: 100.00; Claim #: 1; Dividend: 26.74; Amount Allowed: 4,700.49; Notes: Citation lien; | 4220-000 | | $4,700.49 | $2,010.74 |
| 04/29/2016 | 3010 | Tressler Sonderstrom | Amount Claimed: 154,406.49; Distribution Dividend: 0.43; Claim #: 2; Dividend: 3.77; Amount Allowed: 154,406.49; Notes: Legal Services; | 7100-000 | | $663.66 | $1,347.08 |
| 04/29/2016 | 3011 | Best Buy Carpet, Inc. | Amount Claimed: 313,159.96; Distribution Dividend: 0.43; Claim #: 4; Dividend: 7.65; Amount Allowed: 313,159.96; Notes: ; | 7100-000 | | $1,345.99 | $1.09 |
| 04/29/2016 | 3012 | Clerk, US Bankruptcy Court | Small Dividends | * | | $1.09 | $0.00 |
| | | | Claim Amount  $(1.09) | 7100-901 | | | $0.00 |
| | | | TOTALS: | | $25,999.60 | $25,999.60 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $25,999.60 | $25,999.60 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $25,999.60 | $25,999.60 | |

| For the period of 8/20/2010 to 6/26/2016 | | For the entire history of the account between 06/26/2014 to 6/26/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $25,999.60 | Total Compensable Receipts: | $25,999.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,999.60 | Total Comp/Non Comp Receipts: | $25,999.60 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $25,999.60 | Total Compensable Disbursements: | $25,999.60 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,999.60 | Total Comp/Non Comp Disbursements: | $25,999.60 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3
Case 10-37307  Doc 81  Filed 06/29/16  Entered 06/29/16 13:32:36  Desc Main
Document  Page 9 of 9
Exhibit 9

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 10-37307-CAD | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | BOUCHER, STEVE F | | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***0174 | | **Checking Acct #:** | ******0701 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 8/20/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 6/26/2016 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $25,999.60 | $25,999.60 | $0.00 |

| For the period of 8/20/2010 to 6/26/2016 | | For the entire history of the case between 08/20/2010 to 6/26/2016 | |
|---|---|---|---|
| Total Compensable Receipts: | $25,999.60 | Total Compensable Receipts: | $25,999.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $25,999.60 | Total Comp/Non Comp Receipts: | $25,999.60 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $25,999.60 | Total Compensable Disbursements: | $25,999.60 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $25,999.60 | Total Comp/Non Comp Disbursements: | $25,999.60 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |